UNITED STATES of America,
Appellee,

v.

Carlos CORRAL–SANCHEZ, Appellant.

No. 01–3815.

United States Court of Appeals,
Eighth Circuit.

Submitted May 20, 2002.

Decided May 21, 2002.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

Before BOWMAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Carlos Corral–Sanchez pleaded guilty to re-entering the United States illegally after deportation, following his conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a) and (b)(2). The district court[1] sentenced Corral–Sanchez to 46 months imprisonment and 2 years supervised release. On appeal, counsel has moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has filed a brief arguing that the district court erred in denying Corral–Sanchez a downward departure under U.S.S.G. § 5K2.0, on the basis of cultural assimilation.

Counsel's argument is unreviewable because the district court made a purely discretionary decision not to depart on this basis. *See United States v. Edwards,* 225 F.3d 991, 992–93 (8th Cir.2000), *cert. denied,* 531 U.S. 1100, 121 S.Ct. 834, 148 L.Ed.2d 715 (2001). Further, following our independent review, *see Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

A true copy.

Before BOWMAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

---

1. The HONORABLE ROBERT W. PRATT, United States District Judge for the Southern District of Iowa.